IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Civil Action No.:  19-cv-02418-PAB-MEH | Date:  March 18, 2022 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Janet Coppock |

*Parties:*

UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

TYTUS W. HARKINS, and
HARTMAN WRIGHT GROUP, LLC

    Defendant.

*Counsel:*

Nicholas Heinke
Terry Miller

*Pro se*
No Appearance

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**1:34 p.m.**  **Court in session.**

Appearances of counsel.

Also present and seated at Plaintiff's counsel table, paralegal Cindy Knowles.  Cathi Harkins is present and seated at Defendant's table.

Cathi Harkins is permitted to sit at Defendant's table and provide organization assistance.

An 8-day jury trial is set to commence on April 4, 2022 at 8:00 a.m.

**ORDERED:**  **The parties shall file a brief description of the case on or before March 25, 2022, as discussed.**

**ORDERED:**  **The parties are prohibited from doing any juror research for this case.**

**ORDERED:**  **Witnesses will be sequestered.**

Discussion regarding trial schedule, jury selection of 7 jurors, voir dire procedure, transceivers, opening statements limited to 30 minutes per side, voir dire by counsel limited to 15 minutes per side, witnesses, and exhibits.

**2:51 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    1:17